B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Indiana

In re  Gloria Janell Diaz  
Debtor(s)

Case No.  10-12339  
Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** HSBC/Best Buy | **Describe Property Securing Debt:** Computer |

Property will be (check one):  
☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):  
■ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  7-10-13         Signature  *Gloria Janell Diaz* (signed)  
Gloria Janell Diaz  
Debtor